UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>                         Plaintiff,<br><br>v.<br><br>IA LODGING SAN DIEGO, L.L.C.,<br>a Delaware limited liability company;<br>and DOES 1 –10,<br><br>                        Defendants. | Case No.: 21-CV-495 JLS (BLM)<br><br>**ORDER: VACATING HEARING AND TAKING MATTERS UNDER SUBMISSION**<br><br>(ECF No. 11) |

      Presently before the Court is Defendant IA Lodging San Diego, L.L.C.'s ("Defendant") Motion to Dismiss Plaintiff's First Amended Complaint ("Mot.," ECF No. 11), as well as Defendant's Request for Judicial Notice in support thereof ("RJN," ECF No. 11-3). The Court **VACATES** the hearing set for July 1, 2021, and takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

      **IT IS SO ORDERED.**

Dated: June 24, 2021

                                                            */s/ Janis L. Sammartino*
                                                            Hon. Janis L. Sammartino
                                                            United States District Judge